IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DION JOHNSON, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 19-4960 |
| | : | |
| v. | : | |
| | : | |
| ROBERTS, Director of Chester County Prison; White #609, Correctional Officer; JOHN DOE #981, Correctional Officer; HAWTHORNE #777, Correctional Officer; and TOMKNSON #1077, Correctional Officer, | : | |
| | : | |
| Defendants. | : | |

# **ORDER**

**AND NOW**, this 19th day of October, 2020, after considering the amended complaint and motion for appointment of counsel filed by the *pro se* plaintiff, Dion Johnson (Doc. Nos. 10, 11); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The amended complaint (Doc. No. 10) is **DEEMED** filed;

2. The amended complaint (Doc. No. 10) is **DISMISSED WITH PREJUDICE** for the failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

3. The motion for appointment of counsel (Doc. No. 11) is **DENIED**; and

4. The clerk of court shall **MARK** this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.